## McGANN v. UNITED STATES.

No. 153.   Argued March 3, 1960.—Decided March 21, 1960.

By appointment of the Court, 361 U. S. 803, *Thomas Homer Davis* argued the cause and filed a brief for petitioner.

*Theodore George Gilinsky* argued the cause for the United States.   With him on the brief were *Solicitor General Rankin, Assistant Attorney General Wilkey* and *Beatrice Rosenberg.*

PER CURIAM.

The writ of certiorari was improvidently granted and must be dismissed.   When the case was brought here, on the meager documentation which so often is all that is presented by indigent prisoners seeking review on their own behalf, we assumed that a question involving the construction of 28 U. S. C. § 2255 called for adjudication. After argument, it became clear that the question of construction is not appropriately presented by the record because petitioner's claim upon the merits was fully considered and decided below, and we find his challenge of that action to be so insubstantial as not to have warranted bringing the case here.